**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROKU INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) |
| Defendants. | ) ) |

**SCHEDULE A TO COMPLAINT – *PROVISIONALLY FILE UNDER SEAL***

**Roku Inc. v. The Individuals, et al. (SDNY)**

Schedule A to AO 120 Form

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 6464718 | August 24, 2021 | Roku, Inc. |
| 6076830 | June 9, 2020 | Roku, Inc. |
| 5886527 | October 15, 2019 | Roku, Inc. |
| 5886526 | October 15, 2019 | Roku, Inc. |
| 5151588 | February 28, 2017 | Roku, Inc. |
| 4937515 | April 12, 2016 | Roku, Inc. |
| 4937514 | April 12, 2016 | Roku, Inc. |
| 4937513 | April 12, 2016 | Roku, Inc. |
| 4843920 | November 3, 2015 | Roku, Inc. |
| 4839473 | October 27, 2016 | Roku, Inc. |
| 4618984 | October 7, 2014 | Roku, Inc. |
| 4286059 | February 5, 2013 | Roku, Inc. |