UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROKU INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No.: 1:22-cv-00202-PGG |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiff Roku Inc. voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 24 | Parts-Outlet | https://www.amazon.com/sp?seller=A29JKI1RMX1A0E |

Dated: January 28, 2022					Respectfully submitted,

							THOITS LAW

							By:	*/s/ Christopher Tom*
								THOITS LAW
								Christopher Tom, Esq.
								400 Main Street, Suite 250
								Los Altos, CA 94022
								(650) 327 4200
								ctom@thoits.com

								-and-

								COLE SCHOTZ P.C.
								Michael R. Yellin
								1325 Avenue of the Americas
								19th Floor
								New York, New York 10017
								(201)525-6258
								myellin@coleschotz.com

								*Attorneys for Plaintiff*
								*Roku Inc*.