UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROKU INC.

        Plaintiff,

    -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A HERETO,

        Defendants,

**ORDER**

22 Civ. 202 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        All Defendants in this action having been served (Dkt. No. 35), the Clerk of Court is directed to place the unredacted Exhibits at Docket Numbers 13-19 on the public docket.

Dated: New York, New York
       February 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge