IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC. )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>THE INDIVIDUALS, CORPORATIONS, )<br>LIMITED LIABILITY COMPANIES, )<br>PARTNERSHIPS, AND )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE A TO THE )<br>COMPLAINT, )<br>)<br>　　　　Defendants. )<br>)<br>)<br>) | Case No.: 1:22-cv-00202-PGG-VF<br><br>Judge Paul G. Gardephe<br><br>Magistrate Judge Valerie Figueredo |

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiff ROKU INC. ("Plaintiff"), moves for the withdrawal of Nathan Daniel Monroe-Yavneh as an attorney of record for Plaintiff and, in support thereof, would respectfully show unto the honorable court the following:

1.  Good cause exists for the court to grant the withdrawal of Nathan Daniel Monroe-Yavneh as an attorney of record for Plaintiff ROKU INC.;

2.  Mr. Monroe-Yavneh is separating from the law firm representing Plaintiff in this matter, Thoits Law. Declaration of Nathan Daniel Monroe-Yavneh ¶ 3. ("Monroe-Yavneh Decl.").

3.  Mr. Monroe-Yavneh is no longer representing Plaintiff in any capacity. *Id.* ¶ 4.

4.  At least one attorney of Thoits Law continues to serve as attorney of record for Plaintiff in this matter. *See* case docket.

5.  Mr. Monroe-Yavneh is not asserting a retaining or charging lien. Monroe-Yavneh Decl. ¶ 6.

1

Plaintiff hereby prays unto the honorable court to grant leave for, and to order that Nathan Daniel Monroe-Yavneh be removed as attorney of record for Plaintiff ROKU INC.

Dated:  June 28, 2023                  Respectfully submitted,

THOITS LAW

By: */s/ Christopher Tom*
THOITS LAW
Christopher Tom
400 Main St., #250
Los Altos, CA 94022
(650) 327-4200
ctom@thoits.com