AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ROKU, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-202 |
| THE INDIVIDUALS, CORPORATIONS, etc | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROKU, INC.

Date: 07/03/2023

/s/ Shannon J. Prince
*Attorney's signature*

SHANNON J. PRINCE 5666961
*Printed name and bar number*
BOIES SCHILLER FLEXNER
333 Main Street
Armonk, New York 10504

*Address*

sprince@bsfllp.com
*E-mail address*

(914) 749-8200
*Telephone number*

(914) 749-8300
*FAX number*