# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC.<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No.: 1:22-cv-00202<br><br>Judge Paul G. Gardephe<br><br>Magistrate Judge Valerie Figueredo |

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiff ROKU INC. ("Plaintiff"), moves for the withdrawal of Christopher Tom of Thoits Law as an attorney of record for Plaintiff and, in support thereof, would respectfully show unto the honorable court the following:

1. Good cause exists for the court to grant the withdrawal of Christopher Tom as an attorney of record for Plaintiff ROKU INC.

2. The law firm Boies Schiller Flexner LLP will be representing Plaintiff in this matter going forward. Declaration of Christopher Tom ¶ 3. ("Tom Decl.").

3. Thoits Law is no longer representing Plaintiff in any capacity. *Id.* ¶ 4.

4. At least one attorney of Boies Schiller Flexner LLP continues to serve as attorney of record for Plaintiff in this matter. *See* case docket.

5. Mr. Tom is not asserting a retaining or charging lien. Tom Decl. ¶ 6.

Plaintiff hereby prays unto the honorable court to grant leave for, and to order that Christopher Tom of Thoits Law be removed as attorney of record for Plaintiff ROKU INC.

Dated: July 12, 2023                                    Respectfully submitted,

                                                        BOIES SCHILLER FLEXNER LLP

                                                        By:  /s/ Shannon Joyce Prince
                                                             Shannon Joyce Prince
                                                             Boies Schiller Flexner LLP
                                                             333 Main St, Ste 121
                                                             Armonk, NY 10504
                                                             (914) 749-8289
                                                             sprince@bsfllp.com

                                                        *Attorney for Plaintiff ROKU INC.*