AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| ROKU Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cv-00202-PGG-VF |
| The Individuals, Corporations, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ROKU Inc.                                                                                                          .

Date:        08/17/2023

/s/ Christopher Tom
*Attorney's signature*

Christopher Tom, SDNY CT 1983
*Printed name and bar number*

Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001

*Address*

ctom@bsfllp.com
*E-mail address*

(212) 446-2300
*Telephone number*

(212) 446-2350
*FAX number*