## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Roku Inc. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS, AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE A TO THE ) <br> COMPLAINT, ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:22-cv-00202-PGG-VF <br><br> Judge Paul G. Gardephe <br><br> Magistrate Judge Valerie Figueredo |

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiff Roku Inc. ("Plaintiff"), moves for the withdrawal of Shannon J. Prince as an attorney of record for Plaintiff and, in support thereof, would respectfully show unto the honorable court the following:

1. Good cause exists for the court to grant the withdrawal of Shannon J. Prince as an attorney of record for Plaintiff Roku Inc.

2. Ms. Prince is no longer associated with the law firm Boies Schiller Flexner LLP. Declaration of Shannon J. Prince ¶3. ("Prince Decl.")

3. Boies Schiller Flexner LLP continues to represent Plaintiff in this matter. Prince Decl. ¶4

4. Ms. Prince is not asserting a retaining or charging lien. Prince Decl. ¶ 5.

1

Plaintiff hereby prays unto the honorable court to grant leave for, and to order that Shannon Prince be removed as attorney of record for Plaintiff Roku Inc.

Dated: September 18, 2023                             Respectfully submitted,

                                                      BOIES SCHILLER FLEXNER LLP

                                                      By: */s/ Christopher Tom*
                                                           Christopher Tom, Esq.
                                                           55 Hudson Yards
                                                           New York, NY 10001
                                                           (212) 446-2300
                                                           ctom@bsfllp.com

                                                           *Attorney for Plaintiff Roku, Inc.*

.