IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Roku Inc. | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 1:22-cv-00202-PGG-VF |
| | ) Judge Paul G. Gardephe |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Magistrate Judge Valerie Figueredo |
|     Defendants. | ) |

## ORDER FOR WITHDRAWAL OF ATTORNEY OF RECORD

Plaintiff's motion for withdrawal of Shannon J. Prince as attorney of record in the above-captioned action is granted.

**IT IS HEREBY ORDERED** the removal of Shannon J. Prince as attorney for Plaintiff Roku, Inc.

Dated: September 19, 2023

*Paul␣Gardephe* (signature)

Honorable Judge Paul Gardephe
United States District Court Judge