# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Case No.: 22-CV-00202 |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiff ROKU INC. (hereinafter "Plaintiff"), moves for the withdrawal of Brittany Zoll as an attorney of record for the Plaintiff and, in support thereof, would respectfully show unto the honorable Court the following:

1. Good cause exists for the Court to grant the withdrawal of Brittany Zoll as an attorney of record for Plaintiff.

2. Ms. Zoll is no longer actively representing the Plaintiff in the above-referenced matter in any capacity. Declaration of Brittany Zoll ¶ 3. ("Zoll Decl.").

3. At least one attorney of Boies Schiller Flexner LLP continues to serve as attorney of record for Plaintiff in this matter. *See* case docket.

4. Ms. Zoll is not asserting a retaining or charging lien. Zoll Decl. ¶ 5.

Plaintiff hereby prays unto the honorable Court to grant leave for, and to order that Brittany Zoll be removed as an attorney of record for Plaintiff ROKU INC.

Dated: December 15, 2023          Respectfully submitted,

BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street
Suite 2800
Miami, Florida 33131
Tel: (305) 357-8415

*/s/ Brittany Zoll*
Brittany Zoll, Esq.
New York Bar Number: 5478672

bzoll@bsfllp.com

*Attorney for Plaintiff Roku Inc.*