## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC., | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 22-CV-00202 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) |
|       Defendants. | ) |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR WITHDRAWAL

I, Brittany Zoll, Esq., under penalty of perjury declare as follows:

1. I am an attorney of record for Plaintiff ROKU INC. ("Plaintiff") in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion for Withdrawal of Brittany Zoll as an attorney of record for Plaintiff in this matter.

3. I am no longer actively representing the Plaintiff in any capacity.

4. At least one attorney of Boies Schiller Flexner LLP continues to serve as attorney of record for Plaintiff in this matter.

5. I am not asserting a retaining or charging lien.

1

I certify that all of the foregoing statements made by me are true and correct.

Executed on December 15, 2023.

                                                  */s/ Brittany Zoll*
                                                 Brittany Zoll, Esq.