UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROKU, INC.,

                    Plaintiff,                    22 **CIVIL** 202 (JAV)(VF)

      -against-                          **JUDGMENT**

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A HERETO,

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 2, 2025, the Report and Recommendation is therefore ADOPTED in its entirety. Judgment is entered in favor of Plaintiff and against each of the Defaulting Defendants on Counts I and II of the Complaint. The judgment awards Plaintiff statutory damages under the Lanham Act, 15 U.S.C. § 1117(c) in the following amounts: $150,000 against Defendant Gaudi; $100,000 against HzgangDirect; $25,000 against AuntbingluuX; $25,000 against Electronic_outlet; $25,000 against huangchen123; $50,000 against jinyuzhir; $100,000 against kappdo; $25,000 against laceskong; $100,000 against Loverhart; $50,000 against Mccmyy; $100,000 against Monsterlady; $25,000 against Mykshop; $50,000 against Noral; $100,000 against Phonemol; $25,000 against Richapex2016; $25,000 against Schaef; $25,000 against Xuenvzhuang; $25,000 against Xutao; $25,000 against zhanghongyue. Post-judgment interest shall be awarded pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           June 2, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                      **BY:**                K. Mango

                                                           **Deputy Clerk**