UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:22-cv-00202-JAV-VF |

## **DISBURSEMENT ORDER**

The Clerk is directed to disburse:

>The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

>BOIES SCHILLER FLEXNER LLP
>Attn: Christopher Tom
>55 Hudson Yards
>New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated: September 10, 2025

_____
JEANNETTE A. VARGAS
United States District Judge

1